# United States District Court
# for the Southern District of Georgia
# Brunswick Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CR 220-037-2 |
| ANDREW BEAUFORT, | |
| Defendant. | |

### ORDER

Before the Court is the Government's motion to voluntarily dismiss Defendant Andrew Beaufort from the indictment in this case. Dkt. No. 111. After consideration of the motion, and having held a status conference thereon, the Court **GRANTS** the motion. The Clerk is **DIRECTED** to terminate Andrew Beaufort as a defendant in this case.

**SO ORDERED**, this 2 day of June, 2021.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA